IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **WILLIAM BURNELL ALEXANDER**<br>ADC #174730 | **PLAINTIFF** |
| V.   Case No: 4:21-cv-00454-LPR-ERE | |
| **DAKOTA GOFORTH**, Sergeant;<br>**DEXTER PAYNE**, Director;<br>**MARSHALL DALE REED**, Assistant Director; and<br>**AUNDREA CULCLAGER**, Warden | **DEFENDANTS** |

## ORDER

The Court has received a Partial Recommendation for dismissal from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time to do so has now passed. After a careful and de novo review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Alexander's failure-to-investigate claims are DISMISSED with prejudice. To the extent Mr. Alexander brings claims against Defendants Payne, Reed, and Culclager other than failure-to-investigate claims, they are DISMISSED without prejudice. Defendants Payne, Reed, and Culclager are DISMISSED from this lawsuit.

IT IS SO ORDERED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT