IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM BURNELL ALEXANDER                                                                 PLAINTIFF
ADC #174730

V.                                    NO. 4:21-cv-00454-LPR-ERE

DAKOTA GOFORTH, Sergeant                                                                DEFENDANTS

## ORDER

The Court has received a Partial Recommendation for dismissal from Magistrate Judge Edie R. Ervin, along with objections filed by Mr. Alexander. (Docs. 22 & 25.) After a careful and *de novo* review of these documents and of the entire record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant Dakota Goforth's motion to dismiss (Doc. 11) and amended motion to dismiss (Doc. 18) are GRANTED in part and DENIED in part.

Plaintiff William Burnell Alexander's official capacity claim against Defendant Goforth is DISMISSED with prejudice.

Mr. Alexander's individual capacity failure-to-protect claim against Defendant Goforth for not conducting security rounds before the May 29, 2020 attack took place is DISMISSED without prejudice.

Mr. Alexander's individual capacity failure-to-protect claim against Defendant Goforth for not protecting Mr. Alexander after the May 29, 2020 attack began will PROCEED.

IT IS SO ORDERED this 4th day of November, 2021.

LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE