IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM BURNELL ALEXANDER                                                               PLAINTIFF
ADC #174730

V.                              NO. 4:21-cv-00454-LPR-ERE

DAKOTA GOFORTH, Sergeant                                                                DEFENDANT

## ORDER

The Court has received a Partial Recommendation for dismissal from Magistrate Judge Edie R. Ervin.  No objections have been filed, and the time to do so has now passed.  After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant Goforth's motion for summary judgment (Doc. 35) is DENIED.

IT IS SO ORDERED this 21st day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE