IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM BURNELL ALEXANDER**                                                     **PLAINTIFF**
**ADC #174730**

v.                                    Case No. 4:21-CV-00454-LPR

**DAKOTA GOFORTH**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Dakota Goforth on Mr. Alexander's failure-to-protect claim. All other claims brought in this case are DISMISSED.[1] This case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 9th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Orders (Docs. 9, 26).